IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| REGINALD YEARBY | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO.2:05-CV-490-T |
| SCOTT MIDDLEBROOKS, WARDEN | * |
| Respondent. | * |

_____

**ORDER**

Upon consideration of Petitioner's objection to the June 17, 2005 Recommendation of the Magistrate Judge, and for good cause, it is

ORDERED that the Recommendation of the Magistrate Judge (Doc. No. 3) be WITHDRAWN.

Done, this 1st day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE