**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Warden Scott Middlebrooks
   Federal Prison Camp
   Maxwell Air Force Base
   Montgomery, AL 36112

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _(signature)_    ☐ Agent
                      ☐ Addressee

B. Received by (Printed Name): G. HICKS
C. Date of Delivery: 7/7/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   2:05CV 490-T
   P+O

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0001 3017 2976

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540