| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *Nancy Yarn*   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Nancy Yarn   C. Date of Delivery: 7/7/05 |
| 1. Article Addressed to:<br><br>Leura Canary<br>U. S. Attorney's Office<br>P. O. Box 197<br>Montgomery, AL  36101-0197 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>2:05CV490-T<br>pt |
|  | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. |
|  | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0001 3017 2983 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540