IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| REGINALD YEARBY | * |
| Petitioner, | * |
| v. | * CIVIL ACTION NO.2:05-CV-490-T |
| SCOTT MIDDLEBROOKS, WARDEN | * |
| Respondent. | * |

_____

**ORDER ON MOTION**

Upon consideration of Respondents' Motion of Extension of Time, and for good cause, it is ORDERED that:

1. Respondents' Motion for Extension of Time (Doc. No. 8) is GRANTED;

2. Respondents are GRANTED an extension from July 27, 2005 to August 16, 2005 to file their answer.

Done, this 18th day of July, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE