Reginald Yearby
Birm. R #15825-074
FPC Montgomery, Maxwell AFB
Montgomery, AL 36112

RECEIVED
2005 AUG -2 A 10:56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

7/30/05

Case #: 2:05cv 490-T

Honorable Clerk of Court
U.S. District Court
Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101

Dear Clerk of Court,

    Please be informed my receiving address has changed to:

    Reginald Yearby
    6209 Wimberly Dr.
    Chatt. TN. 37416

Copy: U.S. Attorney