IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **REGINALD YEARBY,** | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Civil Action No.: 2:05-cv-490-T |
| | ) |
| **SCOTT MIDDLEBROOKS,** | ) |
| | ) |
| Respondent. | ) |

**EXHIBIT LIST**

**Defendant's Attachment 1** - Inmate Profile and Public Information Inmate form.

**Defendant's Attachment 2 -** Judgment and Commitment order for Case no. 1:99-CR-00054-001.

**Defendant's Attachment 3** - Agreement to Participate in a BOP Residential Drug Abuse Treatment Program; Notification of Instant Offense Determination, dated April 10, 2003; Inmate History Drug Programs; Declaration of Dr. Thompson; and Declarations of Terry Collins.

**Defendant's Attachment 4** - This page intentionally left blank.

**Defendant's Attachment 5** - Provisional Notice of Residential Drug Abuse Program and 3621(e) Eligibility, dated April 10, 2003.

**Defendant's Attachment 6** - PS 6152.04, Categorization of Offenses, dated October 9, 1997.

**Defendant's Attachment 7 -** Federal Register, Vol. 65, No. 247, December 22, 2000, Rules and Regulations.