# Attachment 1

Case 2:05-cv-00490-MHT-VPM Document 12-3 Filed 08/16/2005 Page 2 of 5

15895-074 REG

REGNO: 15895-074 FUNCTION: DIS DOB/AGE.: 01-25-1973 / 32
NAME.: YEARBY, REGINALD MAURICE R/S/ETH.: B/M/O
RSP..: CNV-NASHVILLE CCM MILEAGE.: 121 MILES
PHONE: 615-736-5148 FAX: 615-736-5148
PROJ REL METHOD: GOOD CONDUCT TIME RELEASE FBI NO..: 441530MB1
PROJ REL DATE..: 01-27-2006 INS NO..:
PAR ELIG DATE..: N/A SSN.....: 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
PAR HEAR DATE..: PSYCH: NO DETAINER: NO CMC..: NO

| FACL | CATEGORY | - - - - - | CURRENT ASSIGNMENT - - - - - - | EFF DATE | TIME |
|---|---|---|---|---|---|
| CNV | ADM-REL | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-01-2005 | 1815 |
| CNV | CUSTODY | COM | COMMUNITY CUSTODY | 09-17-2002 | 0801 |
| CNV | LOCATION | 4PE | SALVATION ARMY CTR,CHATTANOOGA | 08-01-2005 | 1815 |

OFFN/CHG RMKS: 21:841; POSSESSION OF COCAINE BASE WITD; 90 MONTHS + 4 YEARS
OFFN/CHG RMKS: SRT; DOCKET:1:99CR00054-001

G0002 MORE PAGES TO FOLLOW . . .

SERBG * PUBLIC INFORMATION * 08-12-2005
PAGE 001 * INMATE DATA * 14:15:21
AS OF 08-12-2005

REGNO..: 15895-074 NAME: YEARBY, REGINALD MAURICE

RESP OF: CNV / DESIGNATED, AT ASSIGNED FACIL
PHONE..: 615-736-5148 FAX: 615-736-5148
RACE/SEX...: BLACK / MALE
FBI NUMBER.: 441530MB1 DOB/AGE....: 01-25-1973 / 32
PROJ REL MT: GOOD CONDUCT TIME RELEASE PAR ELIG DT: N/A
PROJ REL DT: 01-27-2006 PAR HEAR DT:

-------------------------- ADMIT/RELEASE HISTORY --------------------------

| FCL | ASSIGNMENT | DESCRIPTION | START DATE/TIME | STOP DATE/TIME |
|---|---|---|---|---|
| CNV | A-DES | DESIGNATED, AT ASSIGNED FACIL | 08-01-2005 1815 | CURRENT |
| 3-U | RELEASE | RELEASED FROM IN-TRANSIT FACL | 08-01-2005 1915 | 08-01-2005 1915 |
| 3-U | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 08-01-2005 0921 | 08-01-2005 1915 |
| MON | FURL TRANS | FURL W/UNESCORTED TRF TO A CCC | 08-01-2005 0821 | 08-01-2005 0821 |
| MON | A-REL CHNG | ADMISSION FOR RELEASE CHANGE | 08-01-2005 0820 | 08-01-2005 0821 |
| MON | FURL MED | FURLOUGH-MEDICAL | 08-01-2005 0817 | 08-01-2005 0820 |
| MON | A-DES | DESIGNATED, AT ASSIGNED FACIL | 05-19-2002 2218 | 08-01-2005 0817 |
| MON | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 05-19-2002 1944 | 05-19-2002 2218 |
| MON | A-DES | DESIGNATED, AT ASSIGNED FACIL | 02-28-2001 0951 | 05-19-2002 1944 |
| MON | LOCAL HOSP | ESC TRIP TO LOCAL HOSP W/RETN | 02-28-2001 0836 | 02-28-2001 0951 |
| MON | A-DES | DESIGNATED, AT ASSIGNED FACIL | 03-06-2000 1132 | 02-28-2001 0836 |
| B03 | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-06-2000 1232 | 03-06-2000 1232 |
| B03 | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 03-06-2000 0706 | 03-06-2000 1232 |
| ATL | HLD REMOVE | HOLDOVER REMOVED | 03-06-2000 0706 | 03-06-2000 0706 |
| ATL | A-HLD | HOLDOVER, TEMPORARILY HOUSED | 03-02-2000 2027 | 03-06-2000 0706 |
| 1-T | RELEASE | RELEASED FROM IN-TRANSIT FACL | 03-02-2000 2027 | 03-02-2000 2027 |
| 1-T | A-ADMIT | ADMITTED TO AN IN-TRANSIT FACL | 02-09-2000 1315 | 03-02-2000 2027 |
| CNV | ADMIN REL | ADMINISTRATIVE RELEASE | 02-09-2000 1215 | 02-09-2000 1215 |
| CNV | A-ADMIN | ADMINISTRATIVE ADMISSION | 02-09-2000 1205 | 02-09-2000 1215 |

G0002 MORE PAGES TO FOLLOW . . .

```
  SERBG          *              PUBLIC INFORMATION             *      08-12-2005
PAGE 002         *                  INMATE DATA                *      14:15:21
                                 AS OF 08-12-2005

REGNO..: 15895-074 NAME: YEARBY, REGINALD MAURICE

                   RESP OF: CNV / DESIGNATED, AT ASSIGNED FACIL
                   PHONE..: 615-736-5148    FAX: 615-736-5148
PRE-RELEASE PREPARATION DATE: 07-27-2005

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  01-27-2006 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------

COURT OF JURISDICTION...........: TENNESSEE, EASTERN DISTRICT
DOCKET NUMBER...................: 1:99CR00054-001
JUDGE...........................: EDGAR
DATE SENTENCED/PROBATION IMPOSED: 01-31-2000
DATE COMMITTED..................: 03-06-2000
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  381
OFF/CHG: 21:841; POSSESSION OF COCAINE BASE WITH INTENT TO DISTRIBUTE.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    90 MONTHS
 TERM OF SUPERVISION............:     4 YEARS
 DATE OF OFFENSE................: 05-17-1999
```


REGNO..: 15895-074 NAME: YEARBY, REGINALD MAURICE

RESP OF: CNV / DESIGNATED, AT ASSIGNED FACIL
PHONE..: 615-736-5148 FAX: 615-736-5148

------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 03-07-2000 AT MON AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 01-31-2000
TOTAL TERM IN EFFECT............: 90 MONTHS
TOTAL TERM IN EFFECT CONVERTED..: 7 YEARS 6 MONTHS
EARLIEST DATE OF OFFENSE........: 05-17-1999

JAIL CREDIT.....................: FROM DATE THRU DATE
07-18-1999 01-30-2000

TOTAL PRIOR CREDIT TIME.........: 197
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 352
TOTAL GCT EARNED................: 324
STATUTORY RELEASE DATE PROJECTED: 01-27-2006
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 01-14-2007

PROJECTED SATISFACTION DATE.....: 01-27-2006
PROJECTED SATISFACTION METHOD...: GCT REL

S0055 NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE