Attachment 4

-THIS PAGE INTENTIONALLY LEFT BLANK-