# Attachment 5

UNITED STATES GOVERNMENT
# memorandum

Federal Prison Camp, Montgomery
Maxwell Air Force Base
Montgomery, Alabama 36112

Attachment J

DATE: April 10, 2003
REPLY TO
ATTN OF: David Thompson Ph. D
Drug Abuse Program Coordinator

SUBJECT: PROVISIONAL NOTICE OF RESIDENTIAL DRUG ABUSE PROGRAM AND 3621 (E) ELIGIBILITY

TO: Yearby, Reginald Reg No. 15895-074

## SECTION 1 - RESIDENTIAL DRUG ABUSE PROGRAM ELIGIBILITY

You have requested participation in the Bureau's Residential Drug Abuse Program. My review of your case indicates that you

   **X** DO have a documented diagnosis

   ____ DO NOT have a documented diagnosis

which meets the criteria for admission to the residential drug abuse program. It appears that you

   **X** DO qualify to participate in the residential program.

   ____ DO NOT qualify to participate in the residential program.

<u>Comments</u> (if not eligible):

**SECTION 2 - PROVISIONAL § 3621(E) ELIGIBILITY** - (to be completed only if the inmate has completed or is eligible for the residential drug abuse treatment program)

For Residential Drug Abuse Program graduates to be eligible for early release, they must (DAPC must initial):

   _[initialed]_ not be an INS detainee

   _[initialed]_ not be a pre-trial inmate

   _[initialed]_ not be a contractual boarder

   _[initialed]_ not be an "old law" inmate

   ____ not have a current crime that is an excluding offense in BOP Categorization of Offenses policy (Mark an 'X' in the appropriate block below).

___ not a crime of violence as contained in BOP Categorization of Offenses policy.

_X_ not an excluding crime by the Director's discretion in Categorization of Offenses policy.

_RY_ not have any prior felony or misdemeanor adult conviction for homicide, forcible rape, robbery, or aggravated assault, or sexual abuse of children.

_RY_ understand that nearing the time of your release, the Warden will determine if you are eligible for transfer to a community based program. If you are not eligible, you cannot complete the community transitional services portion of the drug program, and therefore, you may not receive a §3621(E) release.

My current assessment, in consultation with your unit team, is that it

___ does appear
_X_ does not appear

that you will be PROVISIONALLY eligible for early release. If not, list all the reason(s):


If applicable, I understand that a determination of early release for me is provisional, may change, and depends on continued positive behavior and successful participation in all components of the program, including community transitional services.

Inmate's signature: _Reginald Yearby_
(indicate if refused to sign)

cc: Drug Abuse Treatment File
    Unit Team (place in section 4 of inmate central file)