IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| REGINALD YEARBY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:05CV490-MHT |
| | ) | |
| SCOTT MIDDLEBROOKS, WARDEN, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On 3 April 2006, the Magistrate Judge filed a Recommendation (Doc. #15) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1.    That the Recommendation be and is hereby ADOPTED;

2.    That the instant 28 U.S.C. § 2241 petition for habeas relief is DISMISSED as moot since a more favorable decision on the merits would not entitle Petitioner to any additional relief.

Done this the 28th day of April, 2006.

_____/s/   Myron H. Thompson_____
UNITED STATES DISTRICT JUDGE