IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| REGINALD YEARBY, | ) |
| | ) |
|    Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05CV490-MHT |
| | ) |
| SCOTT MIDDLEBROOKS, WARDEN, | ) |
| | ) |
|    Respondents. | ) |

## FINAL JUDGMENT

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the respondent and against the petitioner and that this action be and is hereby dismissed.

Done this the 28th day of April, 2006.

          /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE